Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**NO CV-30**

# UNITED STATES DISTRICT COURT
### for the
### Central District of California ▾

### WESTERN Division

**FEE PAID**



FILED
CLERK, U.S. DISTRICT COURT

MAR - 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

| | |
|---|---|
| MICHAEL E LONG ) | Case No. **2:26-CV-02391-SRM-DTBx** |
| ) | *(to be filled in by the Clerk's Office)* |
| ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| **-v-** ) | |
| ) | |
| JAMES J ELIST ( A MEDICAL CORPORATION) ) | |
| DR. JAMES J ELIST (A MEDICAL DOCTOR) ) | |
| MENOVA INTERNATIONAL INC ) | |
| ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | MICHAEL E LONG |
| Street Address | PO BOX 15976 |
| City and County | ST PETERSBURG   (PINELLAS COUNTY) |
| State and Zip Code | FLORIDA 33733 |
| Telephone Number | (727) 754-0737 |
| E-mail Address | mlonginc@aol.com |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | DR JAMES J ELIST ( A MEDICAL DOCTOR) |
| Job or Title *(if known)* | MEDICAL DOCTOR |
| Street Address | 8500 WILSHIRE BLVD SUITE 707 |
| City and County | BEVERLY HILLS        (LOS ANGELES COUNTY) |
| State and Zip Code | CALIFORNIA 90210 |
| Telephone Number | (310) 652-2600 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JAMES J ELIST ( A MEDICAL CORPORATION) |
| Job or Title *(if known)* | OWNER |
| Street Address | 8500 WILSHIRE BLVD SUITE 707 |
| City and County | BEVERLY HILLS    (LOS ANGELES COUNTY) |
| State and Zip Code | CALIFORNIA 90210 |
| Telephone Number | (310) 652-2600 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | MENOVA INTERNATIONAL INC  (A CALIFORNIA CORPORATION |
| Job or Title *(if known)* | |
| Street Address | 8500 WISHIRE BLVD SUITE 707 |
| City and County | BEVERLY HILLS      (LOS ANGELES COUNTY |
| State and Zip Code | CALIFORNIA  90210 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)*  MICHAEL E LONG                      , is a citizen of the State of *(name)*  FLORIDA                      .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)*                          , is incorporated under the laws of the State of *(name)*                          , and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)*   JAMES ELIST                  , is a citizen of the State of *(name)*   CALIFORNIA                  . Or is a citizen of *(foreign nation)*

   _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)*  MENOVA INC,  JAMES ELIST            , is incorporated under

the laws of the State of *(name)*    CALIFORNIA                    , and has its

principal place of business in the State of *(name)*   CALIFORNIA                   .

Or is incorporated under the laws of *(foreign nation)*                   ,

and has its principal place of business in *(name)*                   .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

100,000,000, PLAINTIFF SUFFERED HEART FAILURE, CEASE FUNCTION OF ALL MAJOR ORGANS AND POSSIBLE PERMANENT DAMAGE TO HEART, BRAIN ,KIDNEY & LUNGS, AS A RESULT OF FLUID THAT LEAKED OUT OF THE IMPLANT KNOW AS "HIMPLANT' AND FOR OVER 3 MINUTES NO HEARTBEAT, RESPIRATION, AND BRAIN FUNCTION

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

IN OCTOBER 2021, PLANITIFF (MICHAEL LONG) UNDERWENT AN IMPLANT SURGERY PROCEDURE PERFORM BY DR ELIST, A PROCEDURE DR ELIST FALSELY CLAIM WAS FDA APPROVED FOR THE SURGERY IN QUESTION WHICH WAS IMPLANTING A SILICONE DEVICE CALLED 'HIMPLANT' INTO THE PLAINTIFF'S BODY, DR ELIST ALSO CLAIMED THAT THE MPLANT CONTAINS NO FLUID, IN AUGUST 2025, THE IMPLANT ERUPT, TEARING A HOLE IN THE PLAINTIFF'S SKIN AND SPILLING TOXIC FLUID INSIDE OF PLAINTIFF, DR ELIST REFUSE TO DISCLOSE THE INGREDIENTS OF THE FLUID AND CONSPIRED WITH A COLLEAGUE OF HIS TO REMOVE AND DESTROY THE IMPLANT

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLAINTIFF PETITION THE COURT TO ISSUE A INJUCTION TO ENJOIN AND RESTRAIN DR JAMES J ELIST FROM PERFORMING ALL SURGERY PROCEDURES INVOLING THE 'HIMPLANT'  UNTIL  THE INGREDIENTS OF THE FLUID IS REVEALED ON THE GROUNDS THAT SUCH ACTIONS CAN CAUSE IMMEDIATE AND IRREPARBLE HARM TO THE PUBLIC AND OUTWEIGHS ANY HARDSHIP TO THE DEFENDANT

PLAINTIFF SUFFERED HEART FAILURE AND DAMAGE TO BRAIN, KIDNEY AND HEART MUSCLE THAT IS PERMANENT DUE TO DR ELIST NEGLIGENCE, AND FRAUD AND INSTRUCTING THE PLAINTIFF TO NOT SEEK IMMEDIATELY MEDICAL ATTENTION WHEN NOTIFED BY PLAINTIFF OF THE ERUPTION AND LEAKAGE OF THE IMPLANT, ALL TO CONSPIRE WITH A COLLEGE OF HIS, DR ADAM DE FAZIO OF MIAMI MEN'S CLINIC TO REMOVE AND DESTROY THE IMPLANT, DURING THE DELAYED THE FLUID WERE LEAKING INSIDE THE PLAINTIFF'S BODY AND BY THE TIME THE IMPLANT WAS REMOVED IT WAS TO LATE, THE FLUID HAD ALREADY CAUSE DAMAGE AND CAUSE PLAINTIFF TO BE DECLARED DEAD

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              02/26/2026

Signature of Plaintiff

Printed Name of Plaintiff       MICHAEL E LONG

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

MICHAEL E LONG
P.O. BOY 15976
ST. PETERSBURL FL 33733

001872

CLERK OF COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CAL
WSTERN DIVISON
255 EAST TEMPLE St.
LOS ANGELES CA 90012

MAR - 2 2026
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

U.S. POSTAGE IMI
$2.17
RDC 99
33730   FCM
Date of sale
02/27/26
02      8W
2000392453
FOLD HERE

733

CLERK OF COURT
ED STATSS DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
STERN DIVISON
255 EAST TEMPLE St. SUITE 180

LOS ANGELES CA 90012

