FILED

CLERK, U.S. DISTRICT COURT

6/22/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____ CS _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL E LONG<br><br>           Plaintiff,<br><br>vs.<br><br>JAMES J ELIST (A MEDICAL CORPORATION)<br><br>JAMES J ELIST (A MEDICAL DOCTOR)<br><br>MENOVA INTERNATIONAL INC<br><br>           Defendants | Case No.: **2:26-CV-02391-SRM-DTBx**<br><br>**FIRST AMENDED COMPLAINT FOR A CIVIL CASE** |

**FIRST AMENDED COMPLAINT FOR A CIVIL CASE**

**1)        The Parties to This Complaint**

**A The Plaintiff(s)**

Name                          MICHAEL E LONG

Street Address            P O BOX 15976

City and County          ST PETERSBURG (PINELLAS COUNTY)

State and Zipp Code    FLORIDA 33733

Telephone Number      (727) 754-0737

E-mail Address           mlonginc@aol.com

**B The Defendants(s)**

Defendant No 1

Name                          DR JAMES J ELIST (A MEDICAL DOCTOR)

Job or Title                 MEDICAL DOCTOR

Street Adress              8500 WILSHIRE BLVD SUITE 707

City and County          BEVERLY HILLS (LOS ANGELES COUNTY)

State and Zip Code      CALIFORNIA 90210

FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 1

Telephone Number                          (310) 652-2600

Defendant No 2

Name                                JAMES J ELIST (A MEDICAL CORPORATION

Job or Title                        OWNER

Street Address                      8500 WILSHIRE BLVD SUITE 707

City and County                     BEVERLY HILLS (LOS ANGELES COUNTY)

State and Zip Code                  CALIFORNIA 90210

Telephone Number                    (310) 652-2600

Defendant No 3

Name                                MENOVA INTERNATIONAL INC

Job or Title                        A CALIFORNIA CORPORATION)

Street Address                      8500 WILSHIRE BLVD SUITE 707

State and Zip Code                  CALIFORNIA 90210

**11      Basis for Jurisdiction**

Diversity of citizenship (Under 28 U.S.C. 1332, a case in which a citizen of one State sues a citizenship of another State or nation and the amount is more than $75,000 is a diversity of citizenship case)

1)    The Plaintiff

(a)   Michael E Long is a citizen of the state of Florida

2)    The Defendant(s)

(a)   Dr James J Elist is a citizen of the State of California

(b)   James J Elist is incorporated under the laws of the State of California

(c)   Menova Inc is incorporated under the laws of the State of California

3)    The Amount in Controversy

FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 2

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at stake is more than $75,000, not counting interest and cost of court. The amount the plaintiff is asking for is 100,000,000 ,the reason for this amount is because the plaintiff suffered(a) loss of a heartbeat, (b)cessation of both circulatory and respiratory functions (c) lost functions of the entire brain, including the brainstem for a duration of over 3minutes as a result of fluid leaking from the implant known as Himplant or Penuma that is manufactured and market by Menova International , in which Dr James J Elist is the founder of. The implant is falsely market as containing no fluid. The leaking of the fluid into plaintiff's body resulted in catastrophic and dire consequences with plaintiff having to be resurrection after not having a heartbeat for over 3 minutes, other damages includes 1)Residual damage to plaintiff's heart, brain lungs and kidneys 2)Provisional impairment to plaintiff's heart, brains, lungs and kidneys 3) Persistent deficit to plaintiff's heart, brain lungs and kidneys 4) substantial damages to heart, brains, lungs, kidneys

**111        Statement of Claim**

On October 15th, 2021, Plaintiff Michael E Long underwent an implant surgery procedure By Dr James J Elist, the procedure consists of implanting a solid silicone device called the "Himplant or "Penuma around the penile shaft of a patient, the implant is marketed by Menova Inc and Dr James Elist as being solid and containing no liquid and FDA approved for the surgery in question. (which was false)

On Jun 27th · 2025, Plaintiff sent Dr Elist office pictures and videos of the implant breaching against the skin of plaintiff,

On July 3rd,2025 on a recorded Skype conversation between Dr James J Elist and plaintiff Michael E Long Dr Elist advised plaintiff that the breaching of the implant was no medical concern and it was only indication that plaintiff needed to have another surgery to input a bigger implant into the shaft and that the implant would not break through the skin

On July 6th, 3 days later the implant broke through the skin of plaintiff. Plaintiff notice that Implant were leaking a gel like liquid into the body of plaintiff,

FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 3

On July 6th, 2025, after observing a gel like liquid emerging from the implant, plaintiff took videos and pictures of liquid coming out the implant and immediately sent them to Dr Elist

On July 8th, 2025, in a telephone conversation between Dr James J Elist and plaintiff Michael E Long to discuss the liquid that was coming out of the implant, Dr Elist advised plaintiff that the liquid was unharmful, and plaintiff did not have to seek immediately emergency attention, plaintiff asked Dr Elist what the content of the liquid was coming out of the implant but was not given an explanation, Dr Elist inform plaintiff that he would prescribe a drug call Keflex in case the liquid was infectious. Dr Elist advised the plaintiff to see Dr Adam De Fazio of Miami Men's Clinic to have the implant removed as Dr Fazio was the only surgeon qualified Other than himself to remove the implant safely

On July 16, 2025 in a telephone conversation between Dr Adam De Fazio and plaintiff Michael E Long, Dr Fazio advised plaintiff not to seek immediately medical help and that he, Dr Fazio was the only surgeon on the east coast qualified to take out the implant safely

On July 29th, 2025, during the surgery to remove the implant at Miami Sunset Surgery Center plaintiff went into Ventricular Fibrillation which plaintiff had no pulse for 3minutes or more and code blue was called; it's the plaintiff believe the only reasonable conclusion was the fluids from the implant that had been leaking into plaintiff body for weeks. Physician and Cardiologist at Baptist Health Hospital stated that there was no medical reason for plaintiff's heart to suffer Ventricular Fibrillation resulting in Cardiac arrest, stating the cause as unspecified also a report by Miami Sunset Surgery Center they found no equipment malfunction or staff error, they cited unknown cause in their report to Florida Health Consumer Services Unit

On July 31st in a post-operative consultation with Dr Adam De Fazio, plaintiff asked Dr Fazio for The implant that plaintiff had instructed Dr Fazio and the staff at Miami Sunset Center to recover but was told by Dr De Fazio that the implant was destroyed

**IV          Relief**

1) Plaintiff petition the court to issue a injunction to enjoin and restrain Dr James J Elist and Menova Inc from marketing, manufacturing and distribution of the "Himplant of Penuma Implant and from performing all surgeries involving the "Himplant or Penuma Implant until the

FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 4

contents and ingredients of the fluid that leak is revealed on the grounds that not knowing can cause immediate and irreparable harm to the public and outweigh any hardship to the defendant

2) Plaintiff is seeking both compensatory and punitive damages in the amount of 100,000,000 for Residual damage, Provisional impairment, Persistent deficit and Catastrophic damage to plaintiff's heart, brain, kidneys including damage to plaintiff's heart muscle, a harm that remains after initial treatment or recovery, a loss of brain memory functions, an ongoing functional loss that may or may not improve and other substantial damages to plaintiff that was a result of Dr James Elist fraud and willfully misconduct and conspiring to cover up his actions

V          **Certifications and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; the complaint otherwise complies with the requirements of Rule 11.

Date of signing 22Day of June 2026

Signature of Plaintiff _____

Printed Name of Plaintiff MICHAEL E LONG_____

P O BOX 15976, ST PETERSBURG FLORIDA 33733

(727) 754-0737  mlonginc@aol.com

FIRST AMENDED COMPLAINT FOR A CIVIL CASE - 5